

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00273-CV

**IBS ASSET LIQUIDATIONS LLC** f/k/a Icon Building Systems, LLC,
Appellant

v.

**SERVICIOS MULTIPLES DEL NORTE SA DE CV**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-06095
Honorable Richard Price, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order denying appellant's motion to compel arbitration is REVERSED and the cause is REMANDED to the trial court for further proceedings. It is ORDERED that appellant recover its costs of appeal from appellee.

SIGNED November 20, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice